### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **CHRISTOPHER YOON,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 4:24-cv-179-ALM** |
| § | |
| **SAMSUNG ELECTRONICS AMERICA,** § | |
| **INC.,** § | |
| § | |
| *Defendant.* § | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel in this case for Defendant Samsung Electronics America, Inc.  I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

| | |
|---|---|
| Dated: April 2, 2024 | */s/ James A. McGehee* |
| | Jonathan G. Rector |
| | Texas State Bar No. 24090347 |
| | jrector@littler.com |
| | James A. McGehee |
| | Texas State Bar No. 24132520 |
| | jmcgehee@littler.com |
| | |
| | **LITTLER MENDELSON, P.C.** |
| | 2001 Ross Avenue, Suite 1500 |
| | Dallas, TX  75201 |
| | 214.880.8100 |
| | 214.880.0181 (Fax) |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2024, I electronically filed this document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the Electronic Case Filing System of the Court. The Electronic Case Filing System sent a Notice of Electronic Filing to the following counsel of record:

**Warren V. Norred**
Norred Law, PLLC
515 E. Border St.
Arlington, TX 76010
817-704-3984
warren@norredlaw.com

*Attorney for Plaintiff*

                                      */s/ James A. McGehee*
                                      James A. McGehee

4855-8321-5795.1 / 116494-1000