IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER YOON,** | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CASE NO.: 4:24-CV-179-ALM |
| **SAMSUNG ELECTRONICS AMERICA, INC.,** | § § § § | |
| *Defendant.* | § § | |

### DEFENDANT'S NOTICE OF NON-RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL RELIEF FROM ORDER GOVERNING PROCEEDINGS AND TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Plaintiff Christopher Yoon's ("Plaintiff") deadline to oppose Defendant Samsung Electronics America, Inc. ("Samsung") Motion for Partial Relief from the Court's Order Governing Proceedings and to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue [ECF No. 16] ("Motion") was June 26, 2024. *See* Local Rule CV-7(e).  To date, Plaintiff has neither filed a response in opposition to Defendant's Motion nor requested an order from the Court to lengthen the response period.  Plaintiff's failure to file a response before his deadline or otherwise seek relief from the Court as to that deadline "creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." Local Rule CV-7(d); *see Luraco Health & Beauty, LLC v. Vu Tran*, Civ. Action No. 4:19-cv-51-SDJ, 2020 WL 2747233, at *2 (E.D. Tex. May 27, 2020) ("[I]f a party does not file a response to a motion, it is presumed that the party does not oppose the motion."). Furthermore, in accordance with the Local Rules, Plaintiff's failure to respond renders Defendant's Motion ripe for the Court's consideration and disposition.

Defendant respectfully requests that this Court consider Defendant's Motion as unopposed and grant it the relief requested therein.

Dated:  June 28, 2024

Respectfully submitted,

*/s/ James A. McGehee*
Jonathan G. Rector
Texas State Bar No. 24090347
jrector@littler.com
James A. McGehee
Texas State Bar No. 24132520
jmcgehee@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201.2931
214.880.8100
214.880.0181 (Fax)

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I certify that, on the 28th day of June, 2024, a copy of the foregoing document was sent to Plaintiff via the Court's ECF notification system, email, and certified mail return receipt requested, as follows:

**Warren V. Norred**
Norred Law, PLLC
515 E. Border St.
Arlington, TX  76010
817-704-3984
warren@norredlaw.com

*Attorney for Plaintiff*

                                              */s/ James A. McGehee*
                                              James A. McGehee

4866-0241-9916.1 / 116494-1002