## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS - SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER YOON,** | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:24-cv-00179** |
| **v.** | § | |
| | § | |
| **SAMSUNG ELECTRONICS AMERICA, INC.** | § | |
| *Defendant.* | § | |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNTIMELY RESPONSE

On this date, the Court considered the Plaintiff's motion for leave to file its untimely response to Defendant Samsung's *Motion for Partial Relief from Order Governing Proceedings and to Stay Discovery* (Motion, ECF Doc. 16).

Noting the Defendant's lack of opposition and the arguments of Plaintiff in its motion for leave, the Court finds good cause to grant leave, and thus **ORDERS** the response attached to Plaintiff's motion to be filed in the Court's docket of this case and considered timely in the adjudication of the Defendant's Motion.