Time & Expenses for Chris Yoon - Wrongful Termination - through 02/07/2025

| Total Billable Flat Fees | Total Billable Hours | Total Billable Amount | Total Billable Expenses |
|---|---|---|---|
| $0.00 | 73.70 hours | $15,989.75 | $100.00 |

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Marie E. Anderson | $0.00 | 4.30 hours | $516.00 | $0.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 02/29/2024 | Hourly Case Work | $120.00/hr | 0.10 | $12.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Request summons. | | | | | | | | |
| 03/01/2024 | Hourly Case Work | $120.00/hr | 0.20 | $24.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Rec'd and saved summons, sent to Falcon for service. | | | | | | | | |
| 03/04/2024 | Hourly Case Work | $120.00/hr | 0.20 | $24.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Rec'd and saved service return, filed into case docket, calendared Def's answer deadline. | | | | | | | | |
| 04/11/2024 | Email | $120.00/hr | 0.20 | $24.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Email answering client questions. | | | | | | | | |
| 04/23/2024 | Hourly Case Work | $120.00/hr | 0.40 | $48.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Rec'd and saved Samsung's MTD/Mot Transfer venue. Local rules allow 14 days for responses to contested motions, calendared deadline and updated Active Case list. Emailed motion to client with update. | | | | | | | | |
| 05/14/2024 | Hourly Case Work | $120.00/hr | 0.10 | $12.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Rec'd and saved Samsung's reply iso dismissal, sent to client w/ update. | | | | | | | | |
| 05/14/2024 | Email | $120.00/hr | 0.10 | $12.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Emails w/ client re briefing on MTD, answer questions regarding expected timeline. | | | | | | | | |
| 06/14/2024 | Hourly Case Work | $120.00/hr | 0.10 | $12.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Email to OC re. R26 conference. | | | | | | | | |
| 06/18/2024 | Hourly Case Work | $120.00/hr | 0.20 | $24.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Emails setting R26 conference for 6/21, send Zoom link to OC. | | | | | | | | |
| 06/26/2024 | Hourly Case Work | $120.00/hr | 0.50 | $60.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review and revise Response to Mot Stay for grammar/clarity/formatting. | | | | | | | | |
| 09/23/2024 | Hourly Case Work | $120.00/hr | 0.50 | $60.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Rec'd and saved discovery requests. Emailed to client w/ info on timeline. Calendared response deadline. | | | | | | | | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2024 | Hourly Case Work | $120.00/hr | 0.10 | $12.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Discovery exchange deadline extended by two weeks per OC, calendared deadline. | | | | | | | | |
| 11/20/2024 | Hourly Case Work | $120.00/hr | 0.60 | $72.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review and revise MSJ for grammar/clarity/formatting. | | | | | | | | |
| 11/27/2024 | Hourly Case Work | $120.00/hr | 0.10 | $12.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Rec'd and saved Samsung's responses to discovery, sent to client. | | | | | | | | |
| 12/17/2024 | Hourly Case Work | $120.00/hr | 0.10 | $12.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Email to OC re. deposition dates. | | | | | | | | |
| 01/30/2025 | Hourly Case Work | $120.00/hr | 0.80 | $96.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Rec'd and saved amended sched order, edited calendar to reflect new deadlines | | | | | | | | |

**Expenses**

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Sharon Anderson | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

*This user has no time entries for the selected period.*

**Expenses**

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Andrea Caponera | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

*This user has no time entries for the selected period.*

**Expenses**

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Clayton Everett | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

*This user has no time entries for the selected period.*

**Expenses**

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Angela Flint | $0.00 | 0.00 hours | $0.00 | $100.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

*This user has no time entries for the selected period.*

**Expenses**

| Date | Activity | Cost | Quantity | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 03/21/2024 | Service of Process | $100.00 | 1.0 | $100.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Falcon Document Solutions - Inv. #70041, Citation (Samsung Electronics) | | | | | | | | |

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Katherine Flint | $0.00 | 5.00 hours | $450.00 | $0.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 02/22/2024 | Hourly Case Work | $90.00/hr | 0.20 | $18.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Request for case materials from OC | | | | | | | | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 02/22/2024 | Hourly Case Work | $90.00/hr | 0.30 | $27.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Begin work on original complaint. Rec'd docs from OC | | | | | | | | |
| 02/23/2024 | Draft Document | $90.00/hr | 1.50 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | First draft of original complaint for WN review | | | | | | | | |
| 02/26/2024 | Hourly Case Work | $90.00/hr | 0.50 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Drafted declaration and sent drafts to client for review prior to WN review | | | | | | | | |
| 02/27/2024 | Email | $90.00/hr | 0.20 | $18.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Response to client email. WN to answer questions re: declaration | | | | | | | | |
| 02/28/2024 | Hourly Case Work | $90.00/hr | 0.50 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Added language to petition and declaration for WN and SN review | | | | | | | | |
| 03/22/2024 | Status Check | $90.00/hr | 0.10 | $9.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Added to WN call/email list re: Smith email and next payment due | | | | | | | | |
| 04/10/2024 | Hourly Case Work | $90.00/hr | 0.20 | $18.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Notified client that Def's motion to extend was granted. Defendant has until 4/22 to respond. | | | | | | | | |
| 04/29/2024 | Hourly Case Work | $90.00/hr | 0.50 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Sanity check Def's Mot. Dismiss | | | | | | | | |
| 06/04/2024 | Hourly Case Work | $90.00/hr | 0.30 | $27.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Calendared scheduling order | | | | | | | | |
| 06/27/2024 | Hourly Case Work | $90.00/hr | 0.10 | $9.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Sent follow up re: retainer payment past due | | | | | | | | |
| 07/02/2024 | Draft Discovery | $90.00/hr | 0.35 | $31.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Draft R26 disclosures and send to client for additional info as necessary. | | | | | | | | |
| 07/03/2024 | Hourly Case Work | $90.00/hr | 0.25 | $22.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Calendar remaining deadlines | | | | | | | | |

# Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Ty Harding | $0.00 | 17.90 hours | $3,580.00 | $0.00 | $0.00 | 0.00 hours |

# Flat Fees

*This user has no flat fees for the selected period.*

# Time Entries

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 03/11/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with SN, WN, MA. Service is out. SN monitoring. | | | | | | | | |
| 04/23/2024 | Review Document | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Reviewed Motion to Transfer Venue | | | | | | | | |
| 04/25/2024 | Review Recordings | $200.00/hr | 1.10 | $220.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Reviewed initial consult recording [redacted] Reviewed recording of video to which alleged antisemitic comment was attached. | | | | | | | | |
| 04/25/2024 | Draft Document | $200.00/hr | 2.00 | $400.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Drafted response to motion to transfer/dismiss. | | | | | | | | |
| 04/25/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with WN. TH to catch up to speed on case and draft Response to Motion to transfer. | | | | | | | | |
| 04/29/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH briefed WN on Response to Motion to transfer. | | | | | | | | |
| 05/13/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Checked docket. Then spoke with WN. Waiting on Court on motion to transfer verdict. Client behind payment schedule. | | | | | | | | |
| 06/05/2024 | Email | $200.00/hr | 0.10 | $20.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Emailed client seeking copy of employment contract. | | | | | | | | |
| 06/05/2024 | Draft Document | $200.00/hr | 2.00 | $400.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Began drafting MSJ and declaration of CY in support.. | | | | | | | | |
| 06/06/2024 | Review Document | $200.00/hr | 1.50 | $300.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Reviewed client's personnel record sent over on 6/5. Need to discuss with WN. | | | | | | | | |
| 06/13/2024 | Review Document | $200.00/hr | 0.10 | $20.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Reviewed Samsung's Motion to Stay | | | | | | | | |
| 06/17/2024 | Edit Document | $200.00/hr | 1.00 | $200.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Revised MSJ in light of known vidoes. | | | | | | | | |
| 06/25/2024 | Edit Document | $200.00/hr | 0.10 | $20.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Minor edits to motion to stay. | | | | | | | | |
| 07/01/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with WN. KF to finish initial disclosures. WN to talk to OC for Samsung. | | | | | | | | |
| 07/05/2024 | Status Check | $200.00/hr | 0.10 | $20.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | See status on initial disclosures and joint status report. WN needs to talk to client about potential deponents. | | | | | | | | |
| 08/12/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with WN. Case is funded again. Need discovery and to set mediation. | | | | | | | | |
| 08/19/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TH spoke with WN and QR. MA to schedule mediation. QR to draft discovery requests. Need depo of corporate representative. | | | |
| 08/26/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH spoke with QR and WN separately. AR ascertained Yoon's annual income and signing bonus with Samsung and is working on discovery. | | | |
| 08/28/2024 | Discovery | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | Minor edits to Yoon discovery. Added to WN's review list. | | | |
| 09/10/2024 | Meeting | $200.00/hr | 0.30 | $60.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | Separate meetings with QR and WN. WN to review discovery requests and open negotiations. | | | |
| 09/23/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH spoke with QR and GH. Discovery requests to Samsung ready for WN's review. GH editing discovery responses this week. | | | |
| 09/26/2024 | Meeting | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | Spoke with GH re: responsive discovery. | | | |
| 09/30/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | Expert designation due this week. TH spoke with WN. GH drafting. | | | |
| 10/08/2024 | Meeting | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH spoke with WN and SN separately. SN to evaluate potential amendments. TH to check MSJ. WN strategizing. | | | |
| 10/08/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH checked MSJ. passed to GH to complete. | | | |
| 10/10/2024 | Meeting | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | Discussion of videos with GH for drafting purposes. | | | |
| 10/14/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH spoke with GH and WN. GH on Yoon MSJ drafting. | | | |
| 10/22/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH spoke with WN. Need to review discovery responses from client. GH finishing MSJ. | | | |
| 10/23/2024 | Review Document | $200.00/hr | 1.00 | $200.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | Reviewed responsive discovery from client and discussed with GH. GH to label for service to other side. | | | |
| 10/29/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH spoke with WN. GH has MSJ draft. TH to edit. GH to organize and label responsive discovery. | | | |
| 10/31/2024 | Edit Document | $200.00/hr | 0.30 | $60.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | Minor edits to GH draft of MSJ. Passed to WN for final review and approval. | | | |
| 11/05/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | | | | | | TH updated WN on discovery progress. TH passing to GH to finish next week. | | | |
| 11/11/2024 | Hourly Case Work | $200.00/hr | 0.30 | $60.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| | Discussion with SN, MA, GH, and WN over day re: the discovery response deadline extension requested by OC for both sides. New deadline is November 27. | | | | | | | | |
| 11/11/2024 | Discovery | $200.00/hr | 0.60 | $120.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Discovery due on 11/13. GH brought into trial. TH working discovery until GH is back. Looks like all responsive information is accounted for. Need to label and organize. | | | | | | | | |
| 11/18/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with WN and GH. WN to review MSJ and signed declaration. GH working on responsive discovery. | | | | | | | | |
| 11/25/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with WN. GH working discovery responses. | | | | | | | | |
| 11/27/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Discussions with GH and WN. Filing MSJ once Yoon approves and signs the declaration. GH finishing discovery responses, due today. | | | | | | | | |
| 12/02/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | WN to review discovery responses and serve. | | | | | | | | |
| 12/10/2024 | Draft Document | $200.00/hr | 2.00 | $400.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Draft Motion In Limine | | | | | | | | |
| 12/16/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with WN. Samsung resposnes to discovery due after Christmas. Need to schedule mediation. MA has the ball. | | | | | | | | |
| 12/30/2024 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke to MA and WN separately. MA working on mediation. Dispositive motions deadline is in February. | | | | | | | | |
| 01/23/2025 | Case Status Check | $200.00/hr | 0.20 | $40.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TH spoke with SN and WN. SN working with OC to select mediator. | | | | | | | | |

## Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Gabriel Hoffman | $0.00 | 16.25 hours | $1,462.50 | $0.00 | $0.00 | 0.00 hours |

## Flat Fees

*This user has no flat fees for the selected period.*

## Time Entries

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 09/24/2024 | Draft Discovery | $90.00/hr | 1.20 | $108.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Initial Draft of Plaintiff's Response to Defendants First Set of Interrogatories. | | | | | | | | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 09/24/2024 | Draft Discovery | $90.00/hr | 1.00 | $90.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Initial Draft of Plaintiff's Response to Defendants First Requests for Production. | | | | | | | | |
| 09/25/2024 | Edit Document | $90.00/hr | 0.30 | $27.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Edits to Draft of Plaintiff's Response to Defendants First Requests for Production. | | | | | | | | |
| 09/30/2024 | Draft Document | $90.00/hr | 0.75 | $67.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Draft Plaintiff's Expert Designations under Fed. R. 26 and Tex. R. 194. Designated WN for attorney's fees. | | | | | | | | |
| 10/02/2024 | Edit Document | $90.00/hr | 0.50 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Edits to Plaintiff's Expert Designations under Fed. R. 26 | | | | | | | | |
| 10/25/2024 | Edit Document | $90.00/hr | 1.50 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Work on MSJ draft, and declaration of Yoon in support. Assemble and organize exhibits. | | | | | | | | |
| 11/25/2024 | Edit Document | $90.00/hr | 1.50 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Edits to Plaintiff's Response to Defendants First Set of Interrogatories. Filled in responsive answers provided by Client. Make edits to answers throughout. Added relevant objections. WN to review. | | | | | | | | |
| 11/26/2024 | Edit Document | $90.00/hr | 3.00 | $270.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Edits to Plaintiff's Response to Defendants First Set of Interrogatories. Filled in responsive answers provided by Client. Make edits to answers throughout. Added relevant objections. WN to review. | | | | | | | | |
| 11/27/2024 | Hourly Case Work | $90.00/hr | 6.50 | $585.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Work on responses to Defendant's first set of discovery requests. Edits to answers, and objections throughout. Multiple phone calls with Client. Organization and prep of responsive documents. Redact, compile, and bates-stamp responsive documents. Brief WN on status. Sent current draft with highlights and comments to client for review and changes. | | | | | | | | |

## Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Chad Lampe | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

## Flat Fees

*This user has no flat fees for the selected period.*

## Time Entries

*This user has no time entries for the selected period.*

## Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Annette Norred | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

## Flat Fees

*This user has no flat fees for the selected period.*

## Time Entries

*This user has no time entries for the selected period.*

## Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Solomon G Norred | $0.00 | 10.05 hours | $2,803.75 | $0.00 | $0.00 | 0.15 hours |

## Flat Fees

*This user has no flat fees for the selected period.*

## Time Entries

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/2024 | Draft Document | $275.00/hr | 3.00 | $825.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | complaint for federal, revise complaint generally, add violation under tex. lab. code 21.051, add exhibit citations and case law citations, review declaration and CY emails, call CY, send CY declaration | | | | | | | | |
| 02/28/2024 | Draft Document | $275.00/hr | 1.00 | $275.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Revise declaration according to CY suggestions and file, send submissions to CY | | | | | | | | |
| 02/29/2024 | Draft Document | $275.00/hr | 0.30 | $82.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Email CY - draft and file certificate of interested persons | | | | | | | | |
| 04/25/2024 | Case Status Check | $275.00/hr | 0.15 | $41.25 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review emails from Yoon | | | | | | | | |
| 05/02/2024 | Draft Document | $275.00/hr | 1.25 | $343.75 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Revise Response to MTV - ready for WN review - draft proposed order | | | | | | | | |
| 06/24/2024 | Draft Document | $275.00/hr | 1.50 | $412.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | First draft of response to motion to stay proceedings | | | | | | | | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 07/05/2024 | Review Document | $275.00/hr | 0.35 | $96.25 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review Initial disclosures - draft summary of knowledge for each individual - send to OC | | | | | | | | |
| 07/08/2024 | Draft Document | $275.00/hr | 0.35 | $96.25 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Edit joint report - get WN's approval - send draft to OC - receive and approve final changes | | | | | | | | |
| 07/08/2024 | File Document with Court | $275.00/hr | 0.25 | $68.75 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Receive order granting filing response to motion to stay - file response to motion to stay | | | | | | | | |
| 07/24/2024 | Communication - Court | $275.00/hr | 0.50 | $137.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Communications with court and OC to get status conference to be remote | | | | | | | | |
| 09/16/2024 | Draft Discovery | $275.00/hr | 0.15 | $41.25 | No | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review discovery requests | | | | | | | | |
| 10/07/2024 | Case Status Check | $275.00/hr | 0.20 | $55.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | TY asked me to evaluate case for any potential amendments since deadline is coming up - look through docket - no suggestions for amendments | | | | | | | | |
| 12/20/2024 | Case Status Check | $275.00/hr | 0.20 | $55.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Download docs from OC - email OC regrading request to extend | | | | | | | | |
| 12/20/2024 | Email | $275.00/hr | 0.20 | $55.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Talk to WN about Samsung request to extend scheduling order, email opposition | | | | | | | | |
| 01/07/2025 | Communication - Opposing counsel | $325.00/hr | 0.30 | $97.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Read Samsung's email, review previous email regarding deposition, talk with WN regarding, phone call with Samsung, send deposition topics | | | | | | | | |
| 01/09/2025 | Research | $325.00/hr | 0.25 | $81.25 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review Samsung's proposed mediators (one is $5k each side, another is $900, will propose our own or take 900) - send email back to them informing WN's is in deposition | | | | | | | | |
| 01/10/2025 | Communication - Opposing counsel | $325.00/hr | 0.25 | $81.25 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | 2x phone calls with OC regarding mediation notices | | | | | | | | |

## Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Tyler Norred | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

## Flat Fees

*This user has no flat fees for the selected period.*

## Time Entries

*This user has no time entries for the selected period.*

## Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Warren V Norred | $0.00 | 10.45 hours | $4,740.00 | $0.00 | $0.00 | 0.00 hours |

## Flat Fees

*This user has no flat fees for the selected period.*

## Time Entries

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 02/26/2024 | Hourly Case Work | $450.00/hr | 0.30 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Brief review of petition. KF drafting declaration while I review petition for filing | | | | | | | | |
| 02/28/2024 | Review Document | $450.00/hr | 0.30 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review new version for filing. | | | | | | | | |
| 04/30/2024 | Docket | $450.00/hr | 0.10 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Docket meeting to discuss response. KF sanity check before review | | | | | | | | |
| 05/06/2024 | Hourly Case Work | $450.00/hr | 1.25 | $562.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review and revise response to transfer. Added details regarding 42 U.S.C. Â§ 2000e-5(f)(3); add federal treatment of TCHRA. | | | | | | | | |
| 05/06/2024 | Docket | $450.00/hr | 0.10 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Docket meeting with staff to discuss status of case | | | | | | | | |
| 05/13/2024 | Status Check | $450.00/hr | 0.10 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Docket meeting: Briefing on mot transfer complete, waiting on court's ruling. | | | | | | | | |
| 06/03/2024 | Hourly Case Work | $450.00/hr | 0.25 | $112.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | Note upcoming schedule -Rule 26f conference nlt June 24;disclosures by July 5, atty conference report July 8. | | | | | | | | |
| 06/21/2024 | Meeting | $450.00/hr | 0.75 | $337.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Prep for and attend Zoom mtg with James McGehee. He's sending his version. Open question of required mediation. | | | | | | | | |
| 07/01/2024 | Docket | $450.00/hr | 0.10 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Docket meeting with TH and KF to discuss upcoming deadlines | | | | | | | | |
| 07/03/2024 | Hourly Case Work | $450.00/hr | 0.30 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Begin drafting ID and JSR. | | | | | | | | |
| 07/05/2024 | Hourly Case Work | $450.00/hr | 0.10 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Approve disclosures. | | | | | | | | |
| 07/24/2024 | Hearing, Attend. | $450.00/hr | 1.00 | $450.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Zoom hearing. Waited for full hour, court continued us to 4:30pm. | | | | | | | | |
| 07/24/2024 | Hearing, Attend. | $450.00/hr | 0.40 | $180.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Judge Mazzant will deny the motion to stay discovery, and is still thinking about the motion to transfer, and will issue a discovery order. | | | | | | | | |
| 08/23/2024 | Docket | $450.00/hr | 0.10 | $45.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Weekly docket with staff to discuss case. | | | | | | | | |
| 09/14/2024 | Strategy - Case Development | $450.00/hr | 0.20 | $90.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Email exchange with CY on discovery and strategy. | | | | | | | | |
| 09/23/2024 | Discovery | $450.00/hr | 0.50 | $225.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review, finalize, serve discovery requests on Samsung. | | | | | | | | |
| 10/18/2024 | Status Check | $450.00/hr | 0.30 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review status of discovery. Sent response to query from CY on due date for discovery is Oct. 23rd. | | | | | | | | |
| 11/05/2024 | Discovery | $450.00/hr | 0.30 | $135.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review progress on discovery - due Nov. 13th. GH working on it. | | | | | | | | |
| 11/18/2024 | Draft Document | $450.00/hr | 1.75 | $787.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Finalize MSJ. | | | | | | | | |
| 11/19/2024 | Draft Document | $450.00/hr | 1.25 | $562.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| | Draft Declaration for MSJ. | | | | | | | | |
| 11/25/2024 | Review Document | $450.00/hr | 0.25 | $112.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Reviewed proposed protective order and responded with agreement. | | | | | | | | |
| 12/16/2024 | Status Check | $450.00/hr | 0.25 | $112.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Review case. Need to arrange mediation for report to court nlt 1/10. MA on it. | | | | | | | | |
| 01/15/2025 | Status Check | $525.00/hr | 0.40 | $210.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Reviewed mediation of case, including call with OC and discussion on mediation on 1/10. Reviewed work by SGN and approved. | | | | | | | | |
| 02/03/2025 | Hourly Case Work | $525.00/hr | 0.10 | $52.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Un-Invoiced | |
| | Docket meeting: SN and MA working on mediation scheduling | | | | | | | | |

## Expenses

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Quinn Roberts | $0.00 | 9.75 hours | $2,437.50 | $0.00 | $0.00 | 0.00 hours |

## Flat Fees

*This user has no flat fees for the selected period.*

## Time Entries

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 08/20/2024 | Drafting Document | $250.00/hr | 1.00 | $250.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Drafting case skeleton jury charge to make sure we get all of the discovery information we need to prevail. Provides the basic structure for an MSJ and jury charge. | | | | | | | | |
| 08/20/2024 | Discovery | $250.00/hr | 0.30 | $75.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Updated Discovery Log to track client-produced documents and Samsung's initial disclosures. | | | | | | | | |
| 08/20/2024 | Discovery | $250.00/hr | 0.85 | $212.50 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Began drafting Yoon's first set of discovery requests. | | | | | | | | |
| 08/21/2024 | Discovery | $250.00/hr | 2.00 | $500.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Worked on drafting requests for document production and interrogatories addressed to Samsung. | | | | | | | | |
| 08/22/2024 | Discovery | $250.00/hr | 0.90 | $225.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Worked on drafting requests for admission. | | | | | | | | |

| Date | Activity | Rate | Duration | Total | Billable | Case Link | Case Number | Status | Inner-office Notes |
|---|---|---|---|---|---|---|---|---|---|
| 08/26/2024 | Discovery | $250.00/hr | 1.30 | $325.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Reviewing Samsung Initial Disclosures | | | | | | | | |
| 08/27/2024 | Discovery | $250.00/hr | 1.30 | $325.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Drafted authorization to access employment records and updated Requests for Admission to reflect the reviewed initial disclosures. | | | | | | | | |
| 08/28/2024 | Discovery | $250.00/hr | 1.20 | $300.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Worked on refining discovery requests and informing the client of the expectation for discovery. | | | | | | | | |
| 08/30/2024 | Email | $250.00/hr | 0.30 | $75.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Client-requested summary of the litigation calendar. | | | | | | | | |
| 09/13/2024 | Discovery | $250.00/hr | 0.50 | $125.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Discovery edits. | | | | | | | | |
| 09/20/2024 | Email | $250.00/hr | 0.10 | $25.00 | Yes | Chris Yoon - Wrongful Termination | 24-A2065 | Invoiced | |
| | Drafted email for WVN to send to Samsung with attached discovery. | | | | | | | | |

**Expenses**

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Caroline Sexton | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

*This user has no time entries for the selected period.*

**Expenses**

*This user has no expenses for the selected period.*

| User | Billable Flat Fees | Billable Hours | Total Billable Amount | Billable Expenses | Non-Billable Expenses | Non-Billable Hours |
|---|---|---|---|---|---|---|
| Kailey Vessier | $0.00 | 0.00 hours | $0.00 | $0.00 | $0.00 | 0.00 hours |

**Flat Fees**

*This user has no flat fees for the selected period.*

**Time Entries**

*This user has no time entries for the selected period.*

**Exhibit B-1**

**Expenses**

---

*This user has no expenses for the selected period.*

---