

**Chris Yoon - Wrongful Termination**
24-A2065

**Exhibit B-2**

Add Expense

Date Range: All time ▾

| Total | Billable | Non-Billable | Invoiced | Un-Invoiced |
|---|---|---|---|---|
| $100.00 | $100.00 | $0.00 | $100.00 | $0.00 |
| 1.00 expense(s) | 1.00 expense(s) | 0.00 expense(s) | 1.00 expense(s) | 0.00 expense(s) |

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | INVOICE STATUS | USER |
|---|---|---|---|---|---|---|---|
| Mar 21, 2024 | Service of Process | 1.0 | $100.00 | Falcon Document Solutions - Inv. #70041, Citation (Samsung Electronics) | $100.00 | Invoiced | Angela Flint |